# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SAMUEL MCLEAN, JR., | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:14-CV-02298 |
| vs. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 15th day of August, 2017, upon consideration of Plaintiff's motion for leave to file a second amended complaint (Doc. No. 128), brief in support (Doc. No. 130), and reply brief (Doc. No. 138), Defendant's brief in opposition (Doc. No. 132), and in accordance with this Court's accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion for leave to file a second amended complaint (Doc. No. 128) is **DENIED**.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge