# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SAMUEL MCLEAN, JR., | : | |
| Plaintiff | : | |
| | : | No. 1:14-CV-02298 |
| vs. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

# ORDER

**AND NOW**, this 30th day of January, 2018, in accordance with the corresponding Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to increase the amount of the FTCA damages (Doc. No. 141), is **DENIED**;

2. This case is **REFERRED** to the Court's Prison Litigation Settlement Committee to facilitate settlement discussion;

3. Joe Barrett, ADR Coordinator for the Middle District of Pennsylvania, is appointed to serve as mediator;

4. Mr. Barrett and counsel will coordinate with prison officials in order to schedule either an in-person or video conference mediation session at a mutually convenient time in a manner that comports with the needs and concerns of prison officials;

5. Counsel may be available to represent Plaintiff for the limited purpose of assisting with the mediation process. If Plaintiff would like the Court to attempt to secure counsel, Plaintiff shall submit the enclosed request for appointment of counsel form within fourteen (14) days of the date of this Order;

6. Any party opposed to mediation shall file, within fourteen (14) days of the date of this Order, a declaration specifying the reasons for such opposition;

7. All settlement discussions are **CONFIDENTIAL** and may not be utilized by any party if settlement is not reached;

8. The mediation shall take place within ninety (90) days of the date of this Order;

9. The above-captioned action is **STAYED** pending the outcome of mediation proceedings.

                     s/Sylvia H. Rambo  
                     SYLVIA H. RAMBO  
                     United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SAMUEL MCLEAN, JR., : <br>     **Plaintiff** : <br> : <br> vs. : <br> : <br> UNITED STATES OF AMERICA, : <br> : <br>     **Defendant** : | **No. 1:14-CV-02298** <br><br> **(Judge Rambo)** |

## REQUEST FOR APPOINTMENT OF MEDIATION COUNSEL

I have received the Order of Referral to the Prison Litigation Settlement Program. I hereby request appointment of counsel for the limited purpose of assisting me with the settlement/mediation process. I understand that the appointment of counsel is not guaranteed and I understand that settlement discussions will occur whether or not the Court is able to secure an attorney to assist me. I further understand that, in the event that counsel is appointment, any representation will cease upon conclusion of the settlement/mediation process.

_____          _____
    Name (Signature)                                                              Date