# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WILLIAM SAMUEL MCLEAN, JR., | : |
|---|---|
| Plaintiff, | : |
| | : No. 1:14-cv-2298 |
| v. | : |
| | : (Judge Rambo) |
| UNITED STATES OF AMERICA, | : |
| Defendant | : |

## ORDER

Before the Court for disposition is Magistrate Judge Martin C. Carlson's Report and Recommendation (ECF No. 178), which recommends denying *pro se* Plaintiff William Samuel McLean Jr.'s motions seeking to reopen the above-captioned case (Doc. Nos. 169, 170) and requesting other relief (Doc. Nos. 172, 173, 174). Plaintiff received three (3) extensions of time to file objections to the Report and Recommendation. (Doc. Nos. 181, 184, 186). Objections to the Report and Recommendation were due on or before June 19, 2019, but no such objections have been filed.

In considering whether to adopt the Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review

dispositive legal issues raised by the report for clear error). Following an independent review of the record, the Court is satisfied that the Report and Recommendation contains no clear error and will therefore adopt the Report and Recommendation to deny Plaintiff's various motions. Accordingly, on this 26th day of June 2019, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 178) is **ADOPTED**;

2. Plaintiff's various motions for relief (Doc. Nos. 169, 170, 172, 173, 174) are **DENIED**; and

3. The above-captioned case shall remain **CLOSED**.

<br>

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge